UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

2009 JUL 29 AM 9:33

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT NO. CR608-15 |
| | ) | |
| v. | ) | VIO: 18 U.S.C. § 371, CONSPIRACY |
| | ) | |
| CHRISTIAN J. NAVOY, AKA: | ) | 21 U.S.C. § 331, MISBRANDING |
|    CHRISTOPHER NAVOY | ) | OF PRESCRIPTION DRUGS |
|    CHRISTIAN MOREAU | ) | |
| | ) | 21 U.S.C. § 863, DRUG |
| and | ) | PARAPHERNALIA |
| | ) | |
| JENNIFER LYN NAVOY, AKA: | ) | 18 U.S.C. § 1341, MAIL FRAUD |
|    JENNIFER LYN MOREAU | ) | |
| | ) | 18 U.S.C. § 1343, WIRE FRAUD |
| | ) | 18 U.S.C. § 2, AIDING AND ABETTING |
| | ) | |
| | ) | 21 U.S.C. § 334, 18 U.S.C. § 981(a)(1)(C), |
| | ) | 28 U.S.C. § 2461, 21 U.S.C. § 853, |
| | ) | FORFEITURE |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses, without prejudice, defendant **JENNIFER LYN NAVOY A/K/A JENNIFER LYN MOREAU**, from the indictment herein, said dismissal being in the interests of justice.

*/s/ Edmund A. Booth, Jr.*
Edmund A. Booth, Jr.
United States Attorney
Georgia Bar No. 068000

*/s/ Cameron Heaps Ippolito*
Cameron Heaps Ippolito
Assistant United States Attorney
Virginia Bar No. 35831

*/s/ James D. Durham*
James D. Durham
Assistant United States Attorney
Georgia Bar No. 235515

Leave of court is granted for the filing of the foregoing dismissal, without prejudice, from Indictment No. CR608-15.

So ORDERED, this 29th day of July 2009.

_____
HON. B. AVANT EDENFIELD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA